UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>KMART CORPORATION, *et al.*,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 02-B-02474<br>(Jointly Administered)<br>Honorable Susan Pierson Sonderby |
| KMART CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NEWS MEDIA CORPORATION DBA PLAINSMANS, BROOKINGS DAILY REGISTER,<br><br>　　　　　　　Defendants. | Adversary Case No. 04-A-02374 |

## NOTICE OF FILING

TO:    William J. Barrett, Esq., as attorney for Kmart Corporation

**PLEASE TAKE NOTICE** that on June 10, 2004, News Media Corporation dba Plainsmans, Brookings Daily Register filed the attached **Motion of News Media Corporation dba Plainsmans, Brookings Daily Register and Joinder In Motion of Chicago Sun-Times, Inc. to Dismiss Complaint to Avoid Transfer of Property and for Recovery**, a copy of which is attached hereto, and served upon you.

Dated: June 10, 2004

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　News Media Corporation dba Plainsmans,
　　　　　　　　　　　　　　　　　　Brookings Daily Register

　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　One of its attorneys

　　　　　　　　　　　　　　　　　　Edwin E. Brooks
　　　　　　　　　　　　　　　　　　Matthew A. Olins
　　　　　　　　　　　　　　　　　　Katten Muchin Zavis Rosenman
　　　　　　　　　　　　　　　　　　525 West Monroe Street
　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　Telephone:(312) 902-5200

## CERTIFICATE OF SERVICE

I, Edwin E. Brooks, an attorney, do hereby certify that on June 10, 2004, I caused to be served the attached **Notice of Motion of News Media Corporation dba Plainsmans, Brookings Daily Register and Motion and Joinder In Motion of Chicago Sun-Times, Inc. to Dismiss Complaint to Avoid Transfer of Property and for Recovery** by hand delivery upon the following party:

> William J. Barrett, Esquire
> Barack, Ferrazzano, Kirschbaum,
> Perlman & Nagelberg LLP
> 333 W. Wacker, Suite 2700
> Chicago, Illinois 60606
> Attorney for Kmart Corporation

Dated: June 10, 2004

_____
Edwin E. Brooks

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>KMART CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 02-B-02474<br>(Jointly Administered)<br>Honorable Susan Pierson Sonderby |
| KMART CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NEWS MEDIA CORPORATION DBA PLAINSMANS, BROOKINGS DAILY REGISTER,<br><br>Defendants. | Adversary Case No. 04-A-02374 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 10 2004
KENNETH S. GARDNER, CLERK

MOTION OF NEWS MEDIA CORPORATION DBA PLAINSMANS, BROOKINGS DAILY REGISTER
AND JOINDER IN MOTION OF CHICAGO SUN-TIMES, INC. TO DISMISS
COMPLAINT TO AVOID TRANSFER OF PROPERTY AND FOR RECOVERY

Defendant, News Media Corporation dba Plainsmans, Brookings Daily Register (the "Defendant"), by its undersigned attorneys, (A) joins in the Motion of Chicago Sun-Times, Inc. to Dismiss Complaint to Avoid Transfer of Property and for Recovery filed in Adversary Proceeding No. 04-02038 and any supporting documents, including the Memorandum of Law in support thereof (collectively, the "Joint Litigation Group Motion"), pursuant to and in accordance with decretal paragraph (vi) of this Court's May 6, 2004 Order Granting Motion for Approval of Case Management Procedures and for Extension of Time to Effect Service of Summons and Complaints[105]; and (B) moves pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, for an order dismissing the Plaintiff's Complaint to Avoid Transfer of Property and for Recovery in

---

[105] Entered May 6, 2004 in *In re Kmart Corp., et al.*, Case No. 02 B 2474.

1

the above-captioned matter. The grounds for this motion, which are more fully set forth in the Joint Litigation Group Motion and are incorporated as if set forth fully herein, include the following:

1. Section 549 of the Bankruptcy Code, on which the Plaintiff bases Count I of its Complaint, does not allow the recovery the Plaintiff seeks under that section because this Court authorized the payments the Plaintiff seeks to recover herein in the Critical Vendor Order that Capital Factors, Inc. appealed and in the interim and final DIP financing orders that no party appealed.

2. Section 105 of the Bankruptcy Code, on which the Plaintiff bases Count II of its Complaint, neither affords the Plaintiff a private right of action, nor allows the Plaintiff to obtain the relief it seeks in its Complaint.

3. The doctrine of judicial estoppel bars the Plaintiff's Complaint, which is inconsistent with positions previously asserted before this and other courts.

4. The Plaintiff waived the right to bring this action and failed effectively to revive any right that may have existed through the last-minute efforts to modify the plan.

5. The doctrine of claim preclusion (*res judicata*) bars this action by reason of the confirmation of the Plaintiff's solicited plan of reorganization.

[SIGNATURE PAGE FOLLOWS]

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that this Court enter an order dismissing this case and for any further relief this Court deems just and proper.

Dated: June 10, 2004

Respectfully Submitted,

NEWS MEDIA CORPORATION DBA
PLAINSMANS, BROOKINGS DAILY
REGISTER

By: _____ELEBL_____
One of its attorneys

Edwin E. Brooks
Matthew A. Olins
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL 60661
Telephone:(312) 902-5200

*and*

Robert M. Greenbaum (admitted *pro hac vice*)
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-1096

Attorneys for News Media Corporation dba
Plainsmans, Brookings Daily Register

3