UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>KMART CORPORATION, *et al.*,<br><br>           Debtor. | Chapter 11<br><br>Case No. 02-B-02474<br>(Jointly Administered)<br>Honorable Susan Pierson Sonderby |
| KMART CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>NEWS MEDIA CORPORATION DBA PLAINSMANS, BROOKINGS DAILY REGISTER,<br><br>           Defendants. | Adversary Case No. 04-A-02374<br><br> |

**REPLY OF NEWS MEDIA CORPORATION DBA PLAINSMANS, BROOKINGS
DAILY REGISTER
AND JOINDER IN REPLY MEMORANDUM OF LAW OF
CHICAGO SUN-TIMES, INC. TO DISMISS COMPLAINT
<u>TO AVOID TRANSFER OF PROPERTY AND FOR RECOVERY</u>**

      1.      Defendant, News Media Corporation dba Plainsmans, Brookings Daily Register (the "Defendant"), by its undersigned attorneys, hereby (A) joins in the Reply Memorandum of Law of Chicago Sun-Times, Inc. to Dismiss Complaint to Avoid Transfer of Property and for Recovery filed in Adversary Proceeding No. 04-02038 and any supporting documents in support thereof (collectively, the "Joint Litigation Group Reply"), pursuant to and in accordance with decretal paragraph (vi) of this Court's May 6, 2004 Order Granting Motion for Approval of Case Management Procedures and for Extension of

SEA 1510446v1 65722-3                    1

Time to Effect Service of Summons and Complaints[106]; and (B) incorporates the Joint Litigation Group Reply as if set forth fully herein.

Dated: November 2, 2004                     Respectfully Submitted,

                                            NEWS MEDIA CORPORATION DBA
                                            PLAINSMANS, BROOKINGS DAILY
                                            REGISTER

                                            By: _____
                                            One of its attorneys

                                            Edwin E. Brooks
                                            Matthew A. Olins
                                            Katten Muchin Zavis Rosenman
                                            525 West Monroe Street
                                            Chicago, IL 60661
                                            Telephone:(312) 902-5200

                                                        *and*

                                            Robert M. Greenbaum (admitted *pro hac vice)*
                                            Saul Ewing LLP
                                            Centre Square West
                                            1500 Market Street, 38th Floor
                                            Philadelphia, PA 19102
                                            Telephone: (215) 972-1096

                                            Attorneys for News Media Corporation dba
                                            Plainsmans, Brookings Daily Register

---

[106] Entered May 6, 2004 in *In re Kmart Corp., et al.*, Case No. 02 B 2474.

SEA 1510446v1 65722-3                           2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that he caused to be served the attached **Notice of Filing and Reply of News Media Corporation dba Plainsmans, Brookings Daily Register and Joinder In Reply Memorandum of Law of Chicago Sun-Times, Inc. In Support of Motion to Dismiss Complaint to Avoid Transfer of Property and for Recovery** upon the following parties, via courier delivery, on November 2, 2004:

Office of the Clerk
U. S. Bankruptcy Court for the Northern District of Illinois (Eastern Division)
219 S. Dearborn
Chicago, Illinois 60604

Wilson P. Funkhouser, Esq.
Funkhouser Vegosen Liebman & Dunn Ltd.
55 West Monroe Street
Suite 2410
Chicago, Illinois 60603
Attorney for Chicago Sun-Times, Inc.

William J. Barrett, Esq.
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg LLP
333 W. Wacker, Suite 2700
Chicago, Illinois 60606
Attorney for Kmart Corporation



_____
Brian E. Minier